# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-3180

_____

United States of America,

*Plaintiff - Appellee*,

v.

Rachael Shackelford,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: July 20, 2020
Filed: July 27, 2020
[Unpublished]

_____

Before COLLOTON, GRUENDER, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Rachael Shackelford appeals her sentence in a criminal case. She pleaded guilty to possessing with intent to distribute more than 50 grams of methamphetamine, and

the district court[1] sentenced her within the advisory sentencing guideline range. Her counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the reasonableness of the sentence.

After carefully reviewing the record, we conclude that the district court did not abuse its discretion by imposing a sentence within the advisory range. There is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc); *see also United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. The judgment of the district court is affirmed, and we grant counsel's motion to withdraw. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.